IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

RICHARD V. PETIX,

                Plaintiff,

v.                                                                                                 25-CV-6205-MAV

UNITED STATES OF AMERICA,

                Defendant.

---

### NOTICE OF MOTION AND MOTION FOR EXTENSION OF TIME

The United States of America, by and through its attorneys, Michael DiGiacomo, United States Attorney for the Western District of New York, Melanie J. Bailey and Jonathan Ferris, Assistant United States Attorneys, of counsel ("the government") hereby move this Court for an Order extending the government's time to file a reply to the response in opposition to the cross-motion to dismiss the motion for return of property ("cross-motion to dismiss"), filed by plaintiff, Richard V. Petix ("plaintiff"), on the grounds set forth in the accompanying Declaration of Melanie J. Bailey.

DATED:  Buffalo, New York, July 14, 2025.

                                      MICHAEL DIGIACOMO
                                      United States Attorney

            BY:    s/MELANIE J. BAILEY
                    Assistant United States Attorney
                    United States Attorney's Office
                    Western District of New York
                    138 Delaware Avenue
                    Buffalo, New York 14202
                    (716) 843-5863
                    melanie.bailey@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

RICHARD V. PETIX,

            Plaintiff,

v.                                                                                          25-CV-6205-MAV

UNITED STATES OF AMERICA,

            Defendant.

---

## DECLARATION

**Melanie J. Bailey,** makes this Declaration under penalty of perjury, pursuant to Title 28, United States Code, Section 1746, and declares that the foregoing is true and correct:

1.    I am an Assistant United States Attorney in the Western District of New York, duly appointed by the United States Attorney for the Western District of New York. I have been assigned to handle the above-referenced matter, so I am fully familiar with the pleadings and proceedings had herein.

2.    I submit this Declaration in support of the government's request for an extension of the deadline to file a reply to the plaintiff's response in opposition to the cross-motion to dismiss, by two (2) weeks.

3.    On April 14, 2025, the plaintiff filed a motion for return of property pursuant to Rule 41(g) ("Rule 41(g) motion") (ECF 1). On April 21, 2025, the plaintiff filed an amended Rule 41(g) motion (ECF 3).

4. On June 26, 2025, the government timely filed its response to the motion for return of property and filed its cross-motion to dismiss (ECF 4). In its notice of motion, the government indicated that it intended to serve and file reply papers as to the motion to dismiss.

5. On July 9, 2025, the plaintiff filed a a) reply to the government's response to the motion for return of property, and b) response to the government's cross-motion to dismiss (ECF 6).

6. The Court did not issue a briefing schedule. Therefore, pursuant to the *Local Rules of Civil Procedure for the Western District of New York*, the government's reply papers are due seven (7) days after service of the plaintiff's responding papers.

7. In order to adequately review and respond to the arguments raised by plaintiff, the government must confer with the Department of Homeland Security's (DHS) counsel regarding numerous points raised by the plaintiff that may include law enforcement techniques and procedures and requests for agency documentation that may contain sensitive information.

8. The government also understands that the DHS counsel assigned to this matter is currently out of the office. The requested extension thereby takes into account the fact that the government has been unable to substantively confer on these issues to date and will need time to do so upon DHS counsel's return to the office.

9. As a result of the forgoing, the government respectfully submits that good cause exists for the requested extension.

10. Based on the forgoing, the government respectfully requests that the grant the government's motion and extend the deadline for the government to file its reply in further support of its motion to dismiss until on or before July 30, 2025.

A proposed Order is submitted contemporaneously with this motion for the Court's consideration and convenience.

DATED: Buffalo, New York,
July 14, 2025

s/MELANIE J. BAILEY
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

RICHARD V. PETIX,

                Plaintiff,

     v.                                                   25-CV-6205-MAV

UNITED STATES OF AMERICA,

                Defendant.

## CERTIFICATE OF SERVICE

      I hereby certify that on July 14, 2025, I electronically filed the foregoing with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participant in this case:

Richard V. Petix
73 Virginia Manor Road
Rochester, New York 14606

      And, I hereby certify that I have also mailed the foregoing, via certified mail through the United States Postal Service, to the following individual:

Richard V. Petix
73 Virginia Manor Road
Rochester, New York 14606


      s/MEGAN LIGHTHOUSE
United States Attorney's Office
100 State Street
Rochester, New York 14614