IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

RICHARD V. PETIX,

                    Plaintiff,

          v.                                              25-CV-6205-MAV

UNITED STATES OF AMERICA,

                    Defendant.

---

## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2025, I electronically filed this certificate of service with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participant in this case:

**Richard V. Petix**
**73 Virginia Manor Road**
**Rochester, New York 14606**

And I hereby certify that on August 13, 2025 I have also mailed the following:

1. **Notice of Motion and Motion for Extension of Time**

2. **The Government's Consolidated Reply in Brief in Further Support of its Motion to Dismiss and Response in Opposition To Plaintiff's Motion for Leave to Conduct Limited, Expedited Discovery**

via regular and certified mail with return receipt through the United States Postal Service, to the following individual:

**Richard V. Petix**
**73 Virginia Manor Road**
**Rochester, New York 14606**

s/MEGAN LIGHTHOUSE
United States Attorney's Office
100 State Street
Rochester, New York 14614